UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

HECTOR CARRILLO-VILLA,

                                                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-00584 (CM)

Defendant __Hector Carrillo-Villa__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer


_s/ Hector Carrillo-Villa by the court with permission_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Hector Carrillo-Villa_
Print Defendant's Name

_s/ Sabrina P. Shroff by the court with permission_
Defendant's Counsel's Signature

_Sabrina P. Shroff_
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_11/13/2020 nunc pro tunc to 11/9/2020_
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge

(Note: At the 11/9/2020 arraignment, the Court neglected to confirm Defendant's consent to waive his right to be present in person, and his consent to proceed by remote means. The Court therefore reconvened the proceeding on 11/13/2020, and confirmed that Defendant had, in fact, knowingly and voluntarily consented to proceed with the telephonic arraignment, after consultation with counsel. --DF)