March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                 -v-

Hector Carrillo-Villa    ,
                 Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 584 (CM)(__)

Defendant **Hector Carrillo-Villa** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- ___ Initial Appearance/Appointment of Counsel
- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- ✓ Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

For Hector Carrillo-Villa/SPS          SPS

_____        _____
Defendant's Signature                     Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Hector Carrillo-Villa                  Sabrina P. Shroff

_____        _____
Print Defendant's Name                   Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

7/14/2021                          *Colleen McMahon*
Date                                      U.S. District Judge/~~U.S. Magistrate Judge~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021