**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

May 24, 2024

By ECF

Hon. Colleen McMahon
Judge, United States District Court
  For the Southern District Of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. Hector Carrillo Villa, Dkt. 20 Cr. 584 (CMM)

Hon. Judge McMahon:

    With consent of pretrial, I write to request permission for Mr. Carrillo-Villa to attend his 6-year old son's graduation from kindergarten and then for a celebratory meal. The child is to graduate on May 26, 2022. The school is at 1701 W El Rio Dr, Tuscon, Arizona 85745. The graduation starts at 10:00 a.m. and ends at 1:00 p.m., and is to be followed by a pizza party at Peter Piper Pizza.

    I thank the Court for its time and consideration.

Respectfully submitted,

/s/SPS
Sabrina P. Shroff
Counsel to Hector Carrillo Villa

SO ORDERED:

_____ Part 1
Hon. Colleen McMahon

5/25/22