UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

United States of America,                :           TRANSPORTATION ORDER

- v -                                    :           20 Cr. 584 (CMM)

Hector Carillo,                          :

    Defendant.                           :

-----------------------------------------------------x

Upon the application of Hector Carillo by his attorney, Sabrina P. Shroff, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

ORDERED that the United States Marshals Service furnish Hector Carillo, with funds to cover the cost of airfare between Tucson, Arizona and New York City;

ORDERED that Mr. Carillo's flight depart Tucson prior to September 26, 2023, so as to ensure Mr. Carillo's presence in New York City, 500 Pearl Street, no later than 11:00 a.m. on September 26, 2023; and

ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York        SO ORDERED: _____
      September 14, 2023
          18

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/23