# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2023

UNITED STATES OF AMERICA

-v-

Hector Carrillo-Villa,

        Defendant.

20 CR 584-03 (CM)

It is hereby ordered that Hector Carrillo-Villa, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on January 8, 2024.

_____       10/11/23
UNITED STATES DISTRICT JUDGE       DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_SPS_ _____       _Hector Carrillo_ _____

(Attorney/Witness)       (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel